# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AMPIRICAL SOLUTIONS, L.L.C.

VERSUS

STATE OF LOUISIANA THROUGH
THE DEPARTMENT OF ECONOMIC
DEVELOPMENT AND DON PIERSON,
SECRETARY OF THE DEPARTMENT
OF ECONOMIC DEVELOPMENT

NO.  2023 CW 0386

JULY 28, 2023

---

In Re:   State of Louisiana through the Department of Economic
Development and Don Pierson, Secretary of the
Department of Economic Development, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 636903.

---

BEFORE:   HOLDRIDGE, CHUTZ, AND PENZATO, JJ.

WRIT DENIED.

WRC
AHP

Holdridge, J., concurs. The trial court did not abuse its
discretion in allowing a de novo trial on the issue of due
process due to the fact that there is no specific legislative
procedure to allow for the review of a denial of a Louisiana
Research Tax Credit pursuant to La. R.S. 47:6015.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT